*Orville W. Wood* and *Arthur A. Gammell* for petitioners in No. 820. *Mr. Frank C. Nicodemus, Jr.* for petitioner in No. 885. *Solicitor General Fahy* for petitioner in No. 989. *Messrs. Harold C. McCollom* and *Orrin G. Judd* for petitioner in No. 1086. *Messrs. Edward G. Buckland* and *William J. Kane* for the Railroad Credit Corporation; *Mr. Robert E. Coulson* for A. C. James Co.; and *Mr. M. C. Sloss* for the Western Pacific Railroad Corporation, respondents in Nos. 819, 820, 885, and 989. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* filed a memorandum on behalf of the Interstate Commerce Commission, as *amicus curiae*, in Nos. 819, 820, and 989, urging grant of the writs.

No. 1076. GUY *v.* MISSOURI PACIFIC RAILROAD CO. ET AL. April 27, 1942. Petition for writ of certiorari to the Supreme Court of Arkansas granted. *Messrs. Jonathan H. Lookadoo* and *Wm. J. Kirby* for petitioner. *Mr. Pat Mahaffy* for respondents.

No. 1169. ADAMS, WARDEN, ET AL. *v.* UNITED STATES EX REL. MCCANN. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Fahy* for petitioners. *Gene McCann, pro se.*

No. 1119. HILL *v.* TEXAS. On petition for writ of certiorari to the Court of Criminal Appeals of Texas. April 30, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari is also granted. Execution of the judgment of Criminal District Court No. 2, Dallas County, Texas, is stayed pending the final disposition of the case by this Court.